IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JONATHAN YAIR PRUNEDA AND PRISCILLA VANESSA SANDOVAL | § § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| JOHNATHAN DAVID FARR FINCH AND EAN HOLDINGS, LLC | § § § | JURY DEMANDED |

## DEFENDANT'S, EAN HOLDINGS, LLC, NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:**

Defendant, EAN Holdings, LLC, files this Notice of Removal, pursuant to 28 U.S.C. §§ 1332(a) and 1441(b) and will show:

1. Plaintiffs Jonathan Yair Pruneda and Priscilla Vanessa Sandoval's civil suit against Defendant EAN Holdings, LLC is removable to this Court. Complete diversity exists between Plaintiffs and all Defendants, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and this removal is being filed within the time period permitted under §1446(b)(1).

2. On July 9, 2024, Plaintiffs filed Cause No. Cause No. 2024CVA001139D1, styled *Jonathan Yair Pruneda and Priscilla Vanessa Sandoval v. Johnathan David Farr Finch and EAN Holdings, LLC,* in the 49th Judicial District Court of Webb County, Texas.

3. Complete diversity exists between Plaintiffs and all Defendants as required by 28 U.S.C. § 1332(a):

    A. All Plaintiffs are citizens of and domiciled in the State of Texas. *See* Exhibit A(1), ¶ 2 of Plaintiffs' Original Petition.

    B.   Defendant Jonathan David Farr Finch is a citizen of and domiciled in the State of Kentucky. *Id*., ¶ 3 of Plaintiffs' Original Petition.

    C.   EAN Holdings, LLC is a foreign limited liability company organized and existing under the laws of Delaware. *Id.,* ¶ 4 of Plaintiffs' Original Petition. EAN Holdings, LLC's sole member is Enterprise Holdings, Inc., a Missouri corporation with its principal place of business in the State of Missouri. EAN Holdings, LLC is a citizen of the State of Missouri. *See Harvey Grey Wolf Drilling Co.*, 542 F.3d 1077 (5th Cir. 2008).

4.    On July 12, 2024, Defendant EAN Holdings, LLC was served with Plaintiffs' Original Petition. *See* Exhibit A(2).

5.    This Notice of Removal is filed within 30 days after service of Plaintiffs' Original Petition in accordance with 28 U.S.C. § 1446(b)(1).

6.    This Notice of Removal also is filed within 1 year after the commencement of the action in accordance with 28 U.S.C. § 1446(c)(1).

7.    Plaintiffs admit in their Original Petition that they are seeking monetary relief in excess $250,000.00, but not more than $1,000,000.00. *See* Exhibit A(1), ¶ 9. Accordingly, the amount in controversy exceeds $75,000.00, as required by 28 U.S.C. § 1332(a).

8.    Defendant files with this Federal Court a copy of all process, pleadings, and orders as required by 28 U.S.C. § 1446(a):

    Exhibit A(1) – Plaintiffs' Original Petition;

    Exhibit A(2) – Affidavit of Service and citation for EAN Holdings, LLC;

    Exhibit A(3) – Affidavit of Service and citation for Jonathan David Farr Finch through Tx Transp. Comm'n;

Exhibit A(4) – Tx Transp. Comm'n Chairman's Certificate of forwarding citation to David Farr Finch, 1040 Park Ave, Paducah, KY 42001;

Exhibit A(5) – Defendant EAN Holdings, LLC's Answer to Plaintiffs' Petition;

Exhibit A(6) – Webb County District Court Notice of Calendar Call; and

Exhibit A(7) – Webb County online docket for District Court Cause No. 2024CVA001139D1.

9. Based upon information and belief, Defendant Jonathan David Farr Finch has not been served with the Tx Transp. Comm'n Chairman documents. The Tx Transp. Comm'n Chairman listed certified tracking number 0958 0710 5270 0988 5599 46. A search of the United Postal Service online tracking does not show a status or delivery on Defendant Finch.

10. Contemporaneously with the filing of this Notice of Removal, Defendant is serving Plaintiffs with a copy of this Notice of Removal and is filing a Notice with the Clerk of the 49th Judicial District of Webb County, Texas as required by 28 U.S.C. § 1446(d).

11. Plaintiffs demanded a jury in the State Court action. EAN Holdings also demand a jury.

12. THEREFORE, Defendant EAN Holdings, LLC removes Cause No. 2024CVA001139D1, styled *Jonathan Yair Pruneda and Priscilla Vanessa Sandoval v. Johnathan David Farr Finch and EAN Holdings, LLC,* in the 49th Judicial District Court of Webb County, Texas, to the United States District Court for the Southern District of Texas – Laredo Division, pursuant to the statutes and in conformance with the requirements set forth in 28 U.S.C. §§ 1332, 1441, and 1446.

[signature page follows]

Respectfully submitted,

**BENJAMIN, VANA, MARTINEZ & BIGGS, LLP**

By: ___*/s/ Dan Vana*_____
      **Dan Vana**
      Southern District Bar No. 155108
      State Bar No. 20435750
161 NW Military Highway, Suite 111
San Antonio, Texas  78213
Telephone:  (210) 881-0667
Facsimile:  (210) 881-0668
E-Mail: danvana@benlawsa.com
**ATTORNEYS FOR DEFENDANT,**
**EAN HOLDINGS, LLC**


**CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following and, if such person is not a member of the CM/ECF system, then service will be made in accordance with Rule 5(b) of the Federal Rules of Civil Procedure.

Ryan King
John D. Woods, Jr.
Hagood & King, LLC
1520 E. Highway 6
Alvin, Texas 77511

                                          ___*/s/ Dan Vana*_____
                                          Dan Vana