Case 5:24-cv-00116   Document 9   Filed on 11/05/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **JONATHAN YAIR PRUNEDA AND PRISCILLA VANESSA SANDOVAL,** § § § | | |
| **Plaintiffs,** § § | | |
| v. § | CIVIL ACTION NO. 5:24-CV-00116 | |
| § | | |
| **JONATHAN DAVID FARR FINCH AND EAN HOLDINGS, LLC,** § § | | |
| **Defendants.** | | |

## ORDER

Before the Court is the Agreed Motion to Dismiss Plaintiffs' Claims Against All Defendants. (Dkt. No. 8). The motion provides that Plaintiffs Jonathan Yair Pruneda and Priscilla Vanessa Sandoval dismiss all claims against all Defendants, Jonathan David Farr Finch and Ean Holdings, LLC without prejudice. (*Id.*).

While not styled a "joint stipulation of dismissal," and not explicitly invoking Rule 41(a)(1)(A)(ii), the motion seeks dismissal of the entire case without prejudice and is signed by all parties who have appeared. (Dkt. No. 8). In substance, then, the motion is a stipulated dismissal pursuant to Rule 41(a)(1)(A)(ii), and the Court construes it as such.[1] Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, the motion states that Plaintiffs dismiss all their claims against all Defendants without prejudice. (Dkt. No. 8 at 1).

Because the stipulation is signed by counsel for all parties who have appeared in this case, Plaintiffs' claims against Defendants, Jonathan David Farr Finch and Ean Holdings, LLC, were **DISMISSED WITHOUT PREJUDICE** effective upon the filing of the Stipulation of Dismissal. (Dkt. No. 8). *See Odle v. Flores*, 899 F.3d 344, 353–55 (5th Cir. 2017) ("[S]tipulated dismissals under Rule 41(a)(1)(A) . . . become effective

---

[1] The motion invokes Federal Rules of Civil Procedure 41(a)(2). (Dkt. No. 8 at 1). However, subsection (a)(2) only applies when a dismissal is not done "as provided in Rule 41(a)(1)." In this case, the parties' agreed dismissal of all claims, signed by all parties appearing in the case, constitutes a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii). Therefore, subsection (a)(2) is not applicable.

immediately without further court order.").

The Clerk is hereby **DIRECTED** to terminate the case.

Additionally, the Court **TERMINATES** all active court settings and deadlines.

It is so **ORDERED**.

**SIGNED** on November 5, 2024.

_____
John A. Kazen
United States District Judge